HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defenders
MARGARET MCKENNA
Certified Law Student
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Counsel for Defendant
SAMUEL FRUCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:24-PO-00121-DMC |
|---|---|
| Plaintiff, | **STIPULATION TO WITHDRAW MOTION FOR SUPPRESSION OF EVIDENCE AND TO EXCLUDE FROM TRIAL ANY INTRODUCTION OR USE BY THE GOVERNMENT OF STATEMENTS MADE BY MR. FRUCHER TO LAW ENFORCEMENT; ORDER** |
| vs. | |
| SAMUEL FRUCHER, | |
| Defendant. | |
|  | Date: April 7, 2025<br>Time: 1:30 P.M.<br>Judge: Hon. Dennis M. Cota |

The following is hereby stipulated and agreed to between the parties, the United States, by and through Assistant United States Attorney Justin Lee, and Defendant Samuel Frucher, by and through Assistant Federal Defender Megan T. Hopkins and Certified Law Student Margaret McKenna:

1. On March 24, 2025, Mr. Frucher filed a motion to suppress any and all statements made by Mr. Frucher after he was stopped by law enforcement;

2. Thereafter, the parties met and conferred regarding the defense motion to suppress, and agreed that the government would not seek to introduce or use any of Mr. Frucher's statements to law enforcement, with the sole exception of his self-identification as "Samuel Frucher," at trial;

3. The parties further agreed that in light of the stipulation to exclude Mr. Frucher's statements from trial, the motion to suppress was moot, and therefore would be withdrawn by the defense;

4. In light of the agreement between the parties, the government hereby agrees not to introduce or use any of Mr. Frucher's statements to law enforcement, except for his self-identification as "Samuel Frucher," at trial;

5. In light of the agreement between the parties, the defense hereby withdraws the motion to suppress filed at Dkt 15.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 1, 2025

/s/ Megan Hopkins
MEGAN HOPKINS
Assistant Federal Defender
MARGARET MCKENNA
Certified Law Student
Counsel for Defendant
SAMUEL FRUCHER


MICHELLE BECKWITH
Acting United States Attorney

Date: April 1, 2025

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorneys for The United States

ORDER

**IT IS HEREBY ORDERED** that, upon the parties' stipulation, defendant's Motion to Suppress Evidence is withdrawn.

**IT IS HEREBY FURTHER ORDERED** that, upon the parties' stipulation, the government MAY NOT introduce or use any of Mr. Frucher's statements to law enforcement, except for his self-identification as "Samuel Frucher," at trial.

Dated: April 3, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE